ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Mohammed Abdulmohsin Al-Kharafi & Sons | ) ASBCA Nos. 62690, 62691, 62692 62693 |
| | ) |
| Under Contract No. W90BRJ-14-C-0001 | ) |

APPEARANCES FOR THE APPELLANT: Stuart W. Turner, Esq.
Amanda J. Sherwood, Esq.
  Arnold & Porter Kaye Scholer LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Scott N. Flesch, Esq.
  Army Chief Trial Attorney
Robert B. Neill, Esq.
CPT Timothy M. McLister, JA
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: April 28, 2022

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62690, 62691, 62692, 62693, Appeals of Mohammed Abdulmohsin Al-Kharafi & Sons, rendered in conformance with the Board's Charter.

Dated: April 28, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals